# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __14 L 10__

Amount Claimed __In excess of $50,000.00__

| Plaintiff(s) | Defendant(s) |
|---|---|
| MARLON MILLER | ORLANDO WARD and THE CITY OF EAST ST. LOUIS, ILLINOIS |

VS

Classification Prefix __L__ Code __02__ Nature of Action __Tort-other__ Code __02__

Pltf. Atty. __Jarrod P. Beasley__ Code ____
Address __23 Public Square, Suite 450__
City __Belleville, IL 62220__ Phone __277.7260__
Add. Pltf. Atty. __Matthew P. Young__ Code ____

XX  SUMMONS
To the above named defendant(s). . . . . . . :
XX

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

NAME
ORLANDO WARD
ADDRESS c/o East St. Louis Police Dept.
301 River Park Drive
CITY & STATE
East St. Louis, IL 62201

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20__
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __1-8-__ 20__14__

__Kahalah Clay__
Clerk of Court

BY DEPUTY _____

SEAL

EXHIBIT A

DATE OF SERVICE _____, 20__
(To be inserted by officer on copy left with defendant or other person)

CC-MR-1

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __14L 10__

Amount Claimed __In excess of $50,000.00__

| Plaintiff(s) | Defendant(s) |
|---|---|
| MARLON MILLER | ORLANDO WARD and THE CITY OF EAST ST. LOUIS, ILLINOIS |

VS

Classification Prefix __L__ Code __02__ Nature of Action __Tort-other__ Code __2__

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. __Jarrod P. Beasley__ Code ____
Address __23 Public Square, Suite 450__
City __Belleville, IL 62220__ Phone __277-7260__
Add. Pltf. Atty. __Matthew P. Young__ Code ____

NAME  THE CITY OF EAST ST. LOUIS, IL
      c/o Mayor Alvin Parks
ADDRESS
      301 River Park Drive
CITY & STATE
      East St. Louis, IL 62201

**SUMMONS**

XX
To the above named defendant(s). . . . . . :
XX

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20 __ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __1-8-__ 20 __14__

__Kahalah Clay__
Clerk of Court

BY DEPUTY __[signature]__

SEAL

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)

CC-MR-1

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

FILED
ST. CLAIR COUNTY
JAN 08 2014
CIRCUIT CLERK

| | |
|---|---|
| MARLON MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 14-L 10 |
| ) | |
| ORLANDO WARD, and THE CITY ) | |
| OF EAST ST. LOUIS, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW Plaintiff, Marlon Miller, by and through his attorney, Jarrod P. Beasley and Matthew P. Young of The Kuehn Law Firm, and for his Complaint against the Defendants, Orlando Ward and the City of East St. Louis, Illinois states as follows:

**(Count I – Detective Orlando Ward – 42 U.S.C. § 1983)**

1. That at all times mentioned herein, the Defendant, Orlando Ward, was employed as a Detective for the East St. Louis, Illinois Police Department.

2. The Defendant, City of East St. Louis, is a municipal corporation and governmental unit within the State of Illinois, County of St. Clair.

3. That at all times mentioned herein, the Defendant, Detective Orlando Ward was acting under color of law.

4. That on or about late January 29, 2013 or the early morning of January 30, Plaintiff got off at the Emerson Park MetroLink station in East St. Louis, Illinois.

5. Plaintiff went home without incident.

Page 1 of 5

6. That same evening/early morning, a woman was robbed and sexually assaulted at the Emerson Park MetroLink station in East St. Louis, Illinois.

7. Plaintiff appeared in a security tape at the station around the time of the attack and was brought in for questioning by the East St. Louis Police Department on or about February 19, 2013.

8. Plaintiff was placed on a 48 hour investigatory hold and detained in the East St. Louis City Jail.

9. Plaintiff was interrogated by Defendant Ward, at which time, Plaintiff denied any involvement in the crime. That said interrogation is video and audio recorded.

10. That following the interrogation and out of the view of recording devices, Defendant Ward slapped Plaintiff multiple times.

11. That following the interrogation and out of the view of recording devices, Defendant Ward threatened and cajoled the Plaintiff.

12. That the following day, after threatening and hitting Plaintiff, Defendant Ward conducted another interrogation of the Plaintiff.

13. At that time, Detective Ward coerced a false confession from Plaintiff with promises of release and threats of violence hanging over his head. That during this confession, Ward fed Plaintiff all of the facts and simply asked Plaintiff to confirm them.

14. That the aforementioned acts by the Defendant constituted a violation of Plaintiff's Fourth and Fourteenth Amendment Rights.

15. That subsequent to coercing this false confession, DNA evidence exonerated Plaintiff of this crime. In fact, the DNA evidence implicated another person who is currently charged with the crime.

16. That subsequent to coercing this false confession, Defendant Ward pleaded guilty to federal drug and conspiracy charges. He is currently awaiting sentencing.

17. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendant, the Plaintiff suffered injury and pain and suffering, lost his personal freedom for 3.5 months, was branded a rapist in his local community, severe mental anguish, and has the stigma associated with having sustained a record of the aforementioned arrest.

WHEREFORE, the Plaintiff, Marlon Miller, demands judgment against the Defendant, Orlando Ward, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

### (Count II– City of East St. Louis, IL – 42 U.S.C. § 1983)

18. The Plaintiff, Marlon Miller, hereby adopts and incorporates the allegations of paragraphs 1 through 17 of Count I, as if fully set forth herein.

19. At all times mentioned herein, the Defendant, City of East St. Louis, had customs, policies, and practices that violated the Fourth Amendment rights of its arrestees under the Illinois and United States Constitutions, including, but not limited to:

   a. It hired and retained Detective Ward, knowing that he was likely to violate the rights of his arrestees;

    b. It failed to properly train, investigate, discipline, and/or fire Orlando Ward for such violations; and

    c. It knew or should have known Ward was a corrupt Detective and prevented him from exercising police authority.

WHEREFORE, the Plaintiff, Marlon Miller, demands judgment against the Defendant, City of East St. Louis, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

### (Count III – East St. Louis - Indemnification)

20. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through 19 as if fully set forth herein.

21. Pursuant to 745 ILCS 10/9-102 the local governmental entity is required to pay any tort judgment or settlement for compensatory damages of its employee while acting within the scope of his employment.

22. Defendant Ward was acting in the course and scope of his employment at all times referenced in the complaint.

23. The City of East St. Louis is an indispensable party to this litigation under Federal Rule 19.

WHEREFORE, the Plaintiff, Marlon Miller, demands judgment against the Defendant, City of East St. Louis, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

Respectfully Submitted,

*[signature]*

Jarrod P. Beasley #6274536
Matthew P. Young #6291110
Attorneys for Plaintiff
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
E Mail: jpbeasley@kuehnlawfirm.com

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| MARLON MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 14-L ) |
| ORLANDO WARD, and THE CITY OF EAST ST. LOUIS, ILLINOIS, | ) ) ) |
| Defendants. | ) ) |

FILED ST. CLAIR COUNTY JAN 08 2014 CIRCUIT CLERK

## AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed fifty thousand dollars ($50,000.00).

Respectfully Submitted,

Jarrod P. Beasley, #6274536
Attorney for the Plaintiff
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718