UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MARLON MILLER**,

    **Plaintiffs,**

**v.**

**ORLANDO WARD, et al**,

    **Defendants.**                    No. 14-cv-106-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 8, 2015, this case is **DISMISSED** with prejudice.

                  JUSTINE FLANAGAN,
                  ACTING CLERK OF COURT

                  BY: /s/*Caitlin Fischer*
                  **Deputy Clerk**

Dated: August 12, 2015

Digitally signed by David R. Herndon
Date: 2015.08.12 09:59:43 -05'00'

APPROVED:
    U. S. DISTRICT JUDGE
    U.S. DISTRICT COURT